BETHVIEW AMUSEMENT CORP., Appellant, v. ELAINE LORBER et al., Respondents, et al., Defendant.—

Christ, P. J., Rabin, Hopkins, Munder and Latham, JJ., concur.

VINCENT DI BARI et al., Respondents, v. ABRAHAM M. STEFANSKY et al., Appellants.—

Christ, P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.